IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

WILLIE FRY and his wife, MS. WILLIE FRY
aka PHALLON MURRY                                                              PLAINTIFFS

VS.                                                         CAUSE NO.: 3:19cv255-MPM-JMV

ALLSTATE INSURANCE COMPANY
SUBSIDIARY NAMED ALLSTATE
VEHICLE AND PROPERTY INSURANCE
COMPANY (MISSISSIPPI)                                                         DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand... will stay the attorney conference and disclosure requirements and all discovery **not relevant to the remand**… and will stay the parties' obligation to make disclosures pending the court's ruling on the motion..." L.U. Civ. R. 16(b)(1)(B) (emphasis added). A motion to remand [4] has been filed. Therefore, staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the motion to remand. Parties must promptly notify the magistrate judge of any order denying the motion to remand and must promptly submit an order lifting the stay.

**SO ORDERED** this, Thursday, November 21, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**