# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**WILLIE FRY, and his wife,**
**also known as PHALLON MURRY**                                                             **PLAINTIFFS**

**VS.**                                 **CIVIL ACTION NO.: 3:19-cv-00255-MPM-JMV**

**ALLSTATE INSURANCE COMPANY**
**SUBSIDIARY NAMED ALLSTATE VEHICLE**
**AND PROPERTY INSURANCE COMPANY**
**(MISSISSIPPI)**                                                                   **DEFENDANT**

## ORDER LIFTING STAY

This matter is before the court consistent with the court's Order [6] staying this case pending a ruling on the [4] motion to remand. On April 4, 2020, the district judge assigned to this case entered an order denying the motion to remand. Doc. #29. Therefore, the stay of this case should be lifted.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and a case management conference will be set by further notice of the court.

**SO ORDERED**, this April 13, 2020.

                                                                /s/ Jane M. Virden
                                                                **UNITED STATES MAGISTRATE JUDGE**